387 A.2d 118

Jones v. Jones, et al., Appellants.

620

 Argued December 13, 1977. Leonard B. Gordon, with him Gordon and Kaufman, for appellants; Ralph Schwartz, with him Schwartz and Cohen, for appellee.

Judgment affirmed.